UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LAW, | No. 09-4952 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| PAUL COPENHAVER, warden, | |
| Respondent. / | |

This action is dismissed without prejudice

IT IS SO ORDERED AND ADJUDGED.

DATED: December 15, 2009

SUSAN ILLSTON
United States District Judge